JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MINGHAO XIAO, | Case No. 2:24-CV-5149-AB-BFM |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION GIVEN PENDING ADJUDICATION OF APPLICATION** |
| v. | |
| DIRECTOR LOS ANGELES ASYLUM OFFICE, ET. AL., | |
| Defendant. | |

The Court has reviewed the Parties' Stipulation to Stay Case Pending Adjudication of Application. Defendants have agreed to adjudicate Plaintiff's application—the relief sought by the Complaint. Rather than stay the action, Court **DISMISSES** the action without costs and without prejudice to the right to re-open the action, or seek an extension to do so, by **September 29, 2025** if Defendants have not provided their decision. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

**SO ORDERED.**

Dated: August 20, 2024

_____
ANDRE BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.